ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/15/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00015-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/15/2025 4:53:42 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
## for the Fifteenth Judicial District
## Austin, Texas

JAMIE SMITH, IN HIS OFFICIAL CAPACITY AS DISTRICT CLERK OF JEFFERSON COUNTY, TEXAS,

*Appellant*,

*v.*

MEGAN LAVOIE, IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE DIRECTOR TEXAS OFFICE OF COURT ADMINISTRATION,

*Appellee.*

On Appeal from the 455th Judicial District Court, Travis County

## APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 10.5, Megan LaVoie, in her official capacity as Administrative Director of the Texas Office of Court Administration ("OCA") files this Unopposed First Motion for Extension of Time to File Brief, and in support thereof, would respectfully show unto the Court as follows:

1. The current deadline for OCA's Appellee Brief is May 30, 2025. OCA requests an extension of time to file its brief as multiple additional briefing deadlines, both state and federal, occurring before the deadline for OCA's brief has prevented counsel from having an adequate opportunity to properly prepare the brief in this case.

2. OCA requests that the deadline for filing its Brief be extended by thirty (30) days to Monday, June 30, 2025, making OCA's Brief due the same day as Courthouse News Service's brief is also due.

3. This is OCA's first request for an extension of time on its Brief and is not sought for the purpose of delay.

WHEREFORE, Megan LaVoie, in her official capacity as Administrative Director for the Texas Office of Court Administration respectfully prays that the Court extend the deadline to file its Brief to June 30, 2025, and grant such other and further relief to which OCA may show itself to be justly entitled.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM H. FARRELL

/s/ *William H. Farrell*

BRENT WEBSTER
First Assistant Attorney General

WILLIAM H. FARRELL
Assistant Attorney General
Texas State Bar No. 00796531
Biff.Farrell@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 936-2650
Fax: (512) 320-0667

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

**Counsel for Appellee**

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's e-filing system.

/s/ *William H. Farrell*
William H. Farrell

## CERTIFICATE OF CONFERENCE

I certify that on May 15, 2025, I conferred with counsel for Appellants, Ms. Sandra Mott, and counsel for Courthouse News, an Interested Party, via email, and both indicated they were unopposed to this motion for leave to file Appellee's Motion for Extension of Time for File Brief.

/s/ *William H. Farrell*
William H. Farrell

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 100903892
Filing Code Description: Motion
Filing Description: 20250515_Aples Mtn for Ext Time
Status as of 5/15/2025 5:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Peter Hansen | | phansen@jw.com | 5/15/2025 4:53:42 PM | SENT |
| Quentin D.Price | | Quentin.Price@jeffersoncountytx.gov | 5/15/2025 4:53:42 PM | SENT |
| Kristine Porter | | kporter@jw.com | 5/15/2025 4:53:42 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffersoncountytx.gov | 5/15/2025 4:53:42 PM | SENT |
| Cody Vaughn | | cvaughn@jw.com | 5/15/2025 4:53:42 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 5/15/2025 4:53:42 PM | SENT |
| Matthew Dow | | mdow@jw.com | 5/15/2025 4:53:42 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 5/15/2025 4:53:42 PM | SENT |
| John Edwards | | jedwards@jw.com | 5/15/2025 4:53:42 PM | SENT |